IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | NO. CR 05-1702-TUC-FRZ (JCG) |
| Plaintiff(s),       ) | |
| ) | ORDER |
| vs.       ) | |
| ) | |
| Ricardo Ariel Millan-Zavala,       ) | |
| ) | |
| Defendant(s).       ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant Ricardo Ariel Millan-Zavala's Motion to Suppress [31] and Defendant Salvador Estrada's Notice of Joinder in the Motion to Suppress [34].

On June 19, 2006, Magistrate Judge Jennifer C. Guerin conducted a hearing and on June 21, 2006 issued her Report and Recommendation.  A copy was sent to all parties.  Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that Defendant Millan-Zavala's Motion to Suppress is DENIED and Defendant Estrada's request for joinder in the Motion to Suppress is DENIED.

DATED this 17th day of July, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge